In re  Melody F Battle,  
      Daron N Battle

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 70094<br><br>NCO Fin/99<br>PO Box 15636<br>Wilmington, DE 19850 | | W | 10/01/2007<br>Personal line of Credit | | | | 639.00 |
| Account No. 2688<br><br>NCO Medical CLR<br>PO Box 8457<br>Philadelphia, PA 19101 | | W | 10/01/2005<br>Medical | | | | 313.00 |
| Account No. 1881<br><br>Receivables Performance<br>20816 44th Ave W<br>Lynnwood, WA 98036 | | W | 05/01/2009<br>Bank NSF Fees | | | | 434.00 |
| Account No. 1000122100<br><br>Rent Recovery Solution<br>2814 Spring Road SE Ste 30<br>Atlanta, GA 30339 | | H | 04/01/2008<br>Lease Agreement | | | | 2,045.00 |
| Account No. 211R01013588<br><br>RJM ACQ LLC<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | | W | 12/01/2007<br>Credit card purchases | | | | 1,796.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)      5,227.00

In re   **Melody F Battle,**
        **Daron N Battle**
        _____
                        Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 535R20<br><br>RJM ACQ LLC<br>575 Underhill Blvd Ste 2<br>Syosset, NY 11791 | | W | 05/01/2007<br>Credit card purchases | | | | 852.00 |
| Account No.<br><br>Saferent<br>7300 Westmore Road Ste 3<br>Rockville, MD 20850 | | W | 03/17/2008<br>Lease Agreement | | | | 1,500.00 |
| Account No. 534xxxx<br><br>Security Check LLC<br>2612 Jackson Ave W<br>Oxford, MS 38655 | | W | 04/01/2005<br>Bank NSF Fees | | | | 135.00 |
| Account No. 9554184339<br><br>Seventh Avenue<br>7112 7th Avenue<br>Monroe, WI 53566 | | W | 11/01/2007<br>Credit card purchases | | | | 384.00 |
| Account No. 211<br><br>Stalling Financial Group<br>1111 S Marietta Pkwy SE<br>Marietta, GA 30060 | | H | 01/01/2007<br>Installment Loan | | | | 290.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       3,161.00

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

Exhibit B

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/4/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Melody F Battle<br>No. 75<br>4085 Midway Road<br>Douglasville, GA 30134 | Daron N Battle<br>No. 75<br>4085 Midway Road<br>Douglasville, GA 30134 |
| Case Number: 09-89547-jem<br>Judge: James Massey<br><br>The entire case number, including judge initials, is required on all papers filed with the court. | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-9670<br>xxx-xx-3634 |
| Attorney for Debtor(s) (name and address):<br>Melody F Battle<br>No. 75<br>4085 Midway Road<br>Douglasville, GA 30134<br>Telephone number: | Bankruptcy Trustee (name and address):<br>M. Denise Dotson<br>M. Denise Dotson, LLC<br>170 Mitchell Street<br>Atlanta, GA 30303<br>Telephone number: (404) 526-8869 |

## Meeting of Creditors

Date: **December 9, 2009**   Time: **02:30 PM**
Location: **Third Floor – Room 365, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/8/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404-215-1000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 11/6/09 |

```
District/off: 113E-9           User: mosess            Page 1 of 2              Date Rcvd: Nov 06, 2009
Case: 09-89547                 Form ID: b9a            Total Noticed: 36

The following entities were noticed by first class mail on Nov 08, 2009.
db/jtdb    +Melody F Battle,  Daron N Battle,  No. 75,  4085 Midway Road,  Douglasville, GA 30134-2685
tr         +M. Denise Dotson,  M. Denise Dotson, LLC,  170 Mitchell Street,  Atlanta, GA 30303-3441
ust        +Office of the US Trustee,  Suite 362,  75 Spring Street, SW,  Atlanta, GA 30303-3330
12301040   +ACC,  921 Oak Street,  Scranton, PA 18508-1235
12301041   +Allied Interstate, Inc,  3000 Corporate Exc,  Columbus, OH 43231-7684
12301042   +Amcol Systems, Inc.,  111 Lancewood Road,  Columbia, SC 29210-7523
12301043   +American General Finance,  5222 Floyd Road SW Ste 28,  Mableton, GA 30126-2302
12301045   +Bank of America Home Loans,  450 American Street,  Simi Valley, CA 93065-6285
12301047  ++++CBE GROUP,  131 TOWER PARK DR STE 100,  WATERLOO IA  50701-9588
            (address filed with court: CBE Group,  131 Towe Park Drive Ste 1,  Waterloo, IA 50702)
12301049   +Compucredit/Carfinsvcs,  11020 David Taylor Dr St,  Charlotte, NC 28262-1101
12301051   +ER Solutions,  800 SW 39th Street,  Renton, WA 98057-4975
12301052   +Family Savings Credit,  711 E Meighan Blvd,  Gadsden, AL 35903-1996
12301055   +Ginnys,  1112 7th Avenue,  Monroe, WI 53566-1364
12301056   +Hilco Receivables LLC,  5 Revere Drive,  Northbrook, IL 60062-1566
12301057   +I C System Inc.,  PO Box 64378,  Saint Paul, MN 55164-0378
12301058   +Jefferson Capital,  16 Mcleland Road,  Saint Cloud, MN 56303-2198
12301059    MS Auto Sales,  155A Roberts Road,  Fayetteville, GA 30214
12301062   +NCO Fin/99,  PO Box 15636,  Wilmington, DE 19850-5636
12301063   +NCO Medical CLR,  PO Box 84 57,  Philadelphia, PA 19101-8457
12301060   +National Credit Adjust,  327 W 4th Avenue,  Hutchinson, KS 67501-4842
12301061   +National Credit System,  3750 Naturally Fresh Blvd,  Atlanta, GA 30349-2964
12301064   +Receivables Performance,  20816 44th Ave W,  Lynnwood, WA 98036-7744
12301065   +Rent Recovery Solution,  2814 Spring Road SE Ste 30,  Atlanta, GA 30339-3046
12301068   +Saferent,  7300 Westmore Road Ste 3,  Rockville, MD 20850-5223
12301069   +Security Check LLC,  2612 Jackson Ave W,  Oxford, MS 38655-5405
12301070    Seventh Avenue,  7112 7th Avenue,  Monroe, WI 53566
12301071   +Stalling Financial Group,  1111 S Marietta Pkwy SE,  Marietta, GA 30060-2851
12301073    Team Toyota / Scion,  100 Blairs Bridge Road,  Lithia Springs, GA 30122
12301074   +United Compucredit,  4190 Harrison Avenue,  Cincinnati, OH 45211-4546
12301076   +Zenith Acquisition,  220 John Glenn Drive No 1,  Buffalo, NY 14228-2228

The following entities were noticed by electronic transmission on Nov 06, 2009.
tr         +EDI: BDDOTSON.COM Nov 06 2009 17:28:00    M. Denise Dotson,  M. Denise Dotson, LLC,
            170 Mitchell Street,  Atlanta, GA 30303-3441
12301044   +EDI: ARROW.COM Nov 06 2009 17:28:00    Arrow Financial Services,  5996 W Touhy Ave,
            Niles, IL 60714-4610
12301050   +EDI: CRESCENTBANK.COM Nov 06 2009 17:28:00    Crescent Bank and Trust,
            5401 Jefferson Hwy Ste D,  New Orleans, LA 70123-4211
12301053   +EDI: AMINFOFP.COM Nov 06 2009 17:28:00    First Premier Bank,  601 S Minnesota Avenue,
            Sioux Falls, SD 57104-4868
12301054   +EDI: RMSC.COM Nov 06 2009 17:28:00    GEMB/Care Credit,  PO Box 981402,
            El Paso, TX 79998-1402
12301066   +EDI: PHINRJMA.COM Nov 06 2009 17:28:00    RJM ACQ LLC,  575 Underhill Blvd Ste 2,
            Syosset, NY 11791-3426
12301075    EDI: FUNB.COM Nov 06 2009 17:28:00    Wach/REC,  PO Box 3117,  Winston Salem, NC 27102
                                                                                    TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12301046*   +Bank of America Home Loans,  450 American Street,  Simi Valley, CA 93065-6285
12301048*  ++++CBE GROUP,  131 TOWER PARK DR STE 100,  WATERLOO IA  50701-9588
            (address filed with court: CBE Group,  131 Towe Park Drive Ste 1,  Waterloo, IA 50702)
12301067*   +RJM ACQ LLC,  575 Underhill Blvd Ste 2,  Syosset, NY 11791-3426
12301072*   +Stalling Financial Group,  1111 S Marietta Pkwy SE,  Marietta, GA 30060-2851
                                                                                    TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

UNITED STATES BANKRUPTCY COURT
Case 1:11-cv-00145-RLV   Document 1-1   Filed 01/18/11   Page 5 of 13
Northern District of Georgia

Exhibit C

In Re: Debtor(s)
**Melody F Battle**
No. 75
4085 Midway Road
Douglasville, GA 30134

xxx–xx–9670

**Daron N Battle**
No. 75
4085 Midway Road
Douglasville, GA 30134

xxx–xx–3634

Case No.: **09-89547-jem**
Chapter: 7
Judge: **James Massey**

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above-entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

*James E. Massey*
—————————————
James Massey
United States Bankruptcy Judge

Dated: May 12, 2010

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

```
District/off: 113E-9         User: rodriguez          Page 1 of 2
Case: 09-89547               Form ID: 182             Total Noticed: 36

The following entities were noticed by first class mail on May 14, 2010.
db/jtdb      +Melody F Battle,   Daron N Battle,   No. 75,   4085 Midway Road,   Douglasville, GA 30134-2685
ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
12301040     +ACC,   921 Oak Street,   Scranton, PA 18508-1235
12301041     +Allied Interstate, Inc,   3000 Corporate Exc,   Columbus, OH 43231-7684
12301042     +Amcol Systems, Inc.,   111 Lancewood Road,   Columbia, SC 29210-7523
12301043     +American General Finance,   5222 Floyd Road SW Ste 28,   Mableton, GA 30126-2302
13020479     +Arbor Village,   4085 Midway Rd.,   Douglasville, GA 30134-2685
12301045     +Bank of America Home Loans,   450 American Street,   Simi Valley, CA 93065-6285
12301047    ++++CBE GROUP,   131 TOWER PARK DR STE 100,   WATERLOO IA 50701-9588
              (address filed with court: CBE Group,   131 Towe Park Drive Ste 1,   Waterloo, IA 50702)
12301049     +Compucredit/Carfinsvcs,   11020 David Taylor Dr St,   Charlotte, NC 28262-1101
12301051     +ER Solutions,   800 SW 39th Street,   Renton, WA 98057-4975
12301052     +Family Savings Credit,   711 E Meighan Blvd,   Gadsden, AL 35903-1996
12301055     +Ginnys,   1112 7th Avenue,   Monroe, WI 53566-1364
12301056     +Hilco Receivables LLC,   5 Revere Drive,   Northbrook, IL 60062-1566
12301057     +I C System Inc.,   PO Box 64378,   Saint Paul, MN 55164-0378
12301058     +Jefferson Capital,   16 Mcleland Road,   Saint Cloud, MN 56303-2198
12301059      MS Auto Sales,   155A Roberts Road,   Fayetteville, GA 30214
12301062     +NCO Fin/99,   PO Box 15636,   Wilmington, DE 19850-5636
12301063     +NCO Medical CLR,   PO Box 84 57,   Philadelphia, PA 19101-8457
12301060     +National Credit Adjust,   327 W 4th Avenue,   Hutchinson, KS 67501-4842
12301061     +National Credit System,   3750 Naturally Fresh Blvd,   Atlanta, GA 30349-2964
12301064     +Receivables Performance,   20816 44th Ave W,   Lynnwood, WA 98036-7744
12301068     +Saferent,   7300 Westmore Road Ste 3,   Rockville, MD 20850-5223
12301069     +Security Check LLC,   2612 Jackson Ave W,   Oxford, MS 38655-5405
12301070      Seventh Avenue,   7112 7th Avenue,   Monroe, WI 53566
12301071     +Stalling Financial Group,   1111 S Marietta Pkwy SE,   Marietta, GA 30060-2851
12301073     +Team Toyota / Scion,   PO Box 869,   Lithia Springs, GA 30122-0869
12301074     +United Compucredit,   4190 Harrison Avenue,   Cincinnati, OH 45211-4546
12301076     +Zenith Acquisition,   220 John Glenn Drive No 1,   Buffalo, NY 14228-2228

The following entities were noticed by electronic transmission on May 12, 2010.
tr           +EDI: BDDOTSON.COM May 12 2010 17:53:00      M. Denise Dotson,   M. Denise Dotson, LLC,
              170 Mitchell Street,   Atlanta, GA 30303-3441
12301044     +EDI: ARROW.COM May 12 2010 17:53:00      Arrow Financial Services,   5996 W Touhy Ave,
              Niles, IL 60714-4610
12301050     +EDI: CRESCENTBANK.COM May 12 2010 17:53:00      Crescent Bank and Trust,
              5401 Jefferson Hwy Ste D,   New Orleans, LA 70123-4211
12301053     +EDI: AMINFOFP.COM May 12 2010 17:58:00      First Premier Bank,   601 S Minnesota Avenue,
              Sioux Falls, SD 57104-4868
12301054     +EDI: RMSC.COM May 12 2010 17:53:00      GEMB/Care Credit,   PO Box 981402,
              El Paso, TX 79998-1402
12301066     +EDI: PHINRJMA.COM May 12 2010 17:53:00      RJM ACQ LLC,   575 Underhill Blvd Ste 2,
              Syosset, NY 11791-3426
12301075      EDI: FUNB.COM May 12 2010 17:53:00      Wach/REC,   PO Box 3117,   Winston Salem, NC 27102
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12301065      Rent Recovery Solution,   2814 Spring Road SE Ste 30,   Atlanta,-GA '30339 '
12301046*    +Bank of America Home Loans,   450 American Street,   Simi Valley, CA 93065-6285
12301048*   ++++CBE GROUP,   131 TOWER PARK DR STE 100,   WATERLOO IA 50701-9588
              (address filed with court: CBE Group,   131 Towe Park Drive Ste 1,   Waterloo, IA 50702)
12301067*    +RJM ACQ LLC,   575 Underhill Blvd Ste 2,   Syosset, NY 11791-3426
12301072*    +Stalling Financial Group,   1111 S Marietta Pkwy SE,   Marietta, GA 30060-2851
                                                                                       TOTALS: 1, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

# UNITED STATES BANKRUPTCY COURT Northern District of Georgia

## Notice of
## Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 12/15/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Melody Fennell Battle
aka Melody Suzette Battle
6669 Delicious Court
Riverdale, GA 30274

| | |
|---|---|
| Case Number: 10-97693-wlh<br>Judge: Wendy L. Hagenau<br><br>The entire case number, including judge initials, is required on all papers filed with the court. | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-9670 |
| Attorney for Debtor(s) (name and address):<br>Matthew Thomas Berry<br>Law Office of Matthew T. Berry<br>Suite 400<br>2751 Buford Highway<br>Atlanta, GA 30324<br>Telephone number: (404) 235-3300 | Bankruptcy Trustee (name and address):<br>Nancy J. Whaley<br>Nancy J. Whaley, 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303<br>Telephone number: (678) 992-1201 |

### Meeting of Creditors
Date: **January 24, 2011**          Time: **12:30 PM**
Location: **Third Floor - Room 366, Russell Federal Building, 75 Spring Street, SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
#### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **4/25/11**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **6/13/11**

#### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 3/25/11

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
**The plan, if not included with this notice, will be mailed to you when filed.**
The hearing on confirmation will be held: Date: **3/2/11**, Time: **01:30 PM**, Location: **Courtroom 1403, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404-215-1000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas<br>See our website: www.ganb.uscourts.gov |
|---|---|
| Hours Open: Monday - Friday 8:00 AM - 4:00 PM | Date: 12/17/10 |

| UNITED STATES BANKRUPTCY COURT Northern District of Georgia | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>MELODY FENNELL BATTLE | Case Number:<br>10-97693 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Rjm Acquisitions Llc | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Rjm Acquisitions Llc<br>575 Underhill Blvd<br>Suite 224<br>Syosset, NY 11791<br>Telephone number:<br>8005410824 | Court Claim Number:_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 1796.41

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** OVERDRAFT BALANCE DUE
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 0650

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
  Describe:

  Value of Property: $_____   Annual Interest Rate ___0___ %

  Amount of arrearage and other charges as of time case filed included in secured claim,

  if any: $_____   Basis for perfection: _____

  Amount of Secured Claim: $_____   Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 12/23/2010

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/eileen graham, supervisor

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# STATEMENT SUMMARY

**Mailing Address:**

MELODY FENNELL BATTLE
6669 DELICIOUS CT
RIVERDALE GA 30274-2804

INCLUDE YOUR REFERENCE NUMBER ON CHECK AND MAKE PAYABLE TO:

**RJM ACQUISITIONS, LLC**
**575 UNDERHILL BLVD**
**SUITE 224**
**SYOSSET, NY 11791**

## ACCOUNT INFORMATION

| CUSTOMER NAME | ACCOUNT NUMBER | REFERENCE NUMBER | STATEMENT DATE |
|---|---|---|---|
| MELODY FENNELL BATTLE | 0650 | 1014611977 | 12/22/2010 |

REFERENCE NUMBER FOR PAYMENT PROCESSING

DATE DEBT INCURRED: 05/15/2006

DATE ACCOUNT PURCHASED: 12/01/2007

ACCOUNT ORIGINATED BY: WACHOVIA BANK CHECKING ACCOUNT-OVERDRAWN

TOTAL DUE: $1796.41

## BANKRUPTCY INFORMATION

CASE #: 10-97693

GA - ATLANTA - NORTHERN

DATE FILED: 12/15/2010

BALANCE AT TIME OF FILING: $1796.41

THE DATE DEBT INCURRED ON THIS FORM IS THE CHARGE OFF DATE ASSOCIATED WITH THE DEBT

| UNITED STATES BANKRUPTCY COURT Northern District of Georgia | PROOF OF CLAIM |
|---|---|
| Name of Debtor: MELODY FENNELL BATTLE | Case Number: 10-97693 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Rjm Acquisitions Llc

Name and address where notices should be sent:
Rjm Acquisitions Llc
575 Underhill Blvd
Suite 224
Syosset, NY 11791

Telephone number:
8005410824

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 267.49

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** OVERDRAFT BALANCE DUE
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5416

    **3a. Debtor may have scheduled account as:** _____
    (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property:$_____ Annual Interest Rate_____ 0 %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 12/23/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/eileen graham, supervisor | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# RJM ACQUISITIONS

## STATEMENT SUMMARY

Mailing Address:

MELODY FENNELL BATTLE
6669 DELICIOUS CT
RIVERDALE GA 30274-2804

INCLUDE YOUR REFERENCE NUMBER ON CHECK
AND MAKE PAYABLE TO:

RJM ACQUISITIONS, LLC
575 UNDERHILL BLVD
SUITE 224
SYOSSET, NY 11791

### ACCOUNT INFORMATION

| CUSTOMER NAME | ACCOUNT NUMBER | REFERENCE NUMBER | STATEMENT DATE |
|---|---|---|---|
| MELODY FENNELL BATTLE | 5416 | 1005694968 | 12/22/2010 |

REFERENCE NUMBER FOR PAYMENT PROCESSING

DATE DEBT INCURRED: 12/28/2000

DATE ACCOUNT PURCHASED: 12/01/2005

ACCOUNT ORIGINATED BY: BANK OF AMERICA CHECKING ACCOUNT- OVERDRAWN

TOTAL DUE: $267.49

### BANKRUPTCY INFORMATION

CASE #: 10-97693

GA - ATLANTA - NORTHERN

DATE FILED: 12/15/2010

BALANCE AT TIME OF FILING: $267.49

THE DATE DEBT INCURRED ON THIS FORM IS THE CHARGE OFF DATE ASSOCIATED WITH THE DEBT

| Name of Debtor: MELODY FENNELL BATTLE | Case Number: 10-97693 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Rjm Acquisitions Llc

Name and address where notices should be sent:
Rjm Acquisitions Llc
575 Underhill Blvd
Suite 224
Syosset, NY 11791

Telephone number:
8005410824

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
*(If known)*

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $_____4222.76

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**   LOAN BALANCE DUE
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 9670

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____   Annual Interest Rate_____0__%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 12/23/2010 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

/s/eileen graham, supervisor

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# RJM ACQUISITIONS

## STATEMENT SUMMARY

**Mailing Address:**

MELODY FENNELL BATTLE
6669 DELICIOUS CT
RIVERDALE GA 30274-2804

INCLUDE YOUR REFERENCE NUMBER ON CHECK
AND MAKE PAYABLE TO:

RJM ACQUISITIONS, LLC
575 UNDERHILL BLVD
SUITE 224
SYOSSET, NY 11791

## ACCOUNT INFORMATION

| CUSTOMER NAME | ACCOUNT NUMBER | REFERENCE NUMBER | STATEMENT DATE |
| --- | --- | --- | --- |
| MELODY FENNELL BATTLE | 9670 | 1008661199 | 12/22/2010 |

REFERENCE NUMBER FOR PAYMENT PROCESSING

| | |
| --- | --- |
| DATE DEBT INCURRED: | 07/31/2003 |
| DATE ACCOUNT PURCHASED: | 03/23/2006 |
| ACCOUNT ORIGINATED BY: | GEORGIA MEDICAL INSTITUTE |
| TOTAL DUE: | $4222.76 |

## BANKRUPTCY INFORMATION

| | |
| --- | --- |
| CASE #: | 10-97693 |
| GA - ATLANTA - NORTHERN | |
| DATE FILED: | 12/15/2010 |
| BALANCE AT TIME OF FILING: | $4222.76 |

THE DATE DEBT INCURRED ON THIS FORM IS THE CHARGE OFF DATE ASSOCIATED WITH THE DEBT