ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 22 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MELODY FENNELL BATTLE, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| ) | 1:11-cv-00145-RLV-JFK |
| v. ) | |
| ) | |
| RJM ACQUISITIONS LLC, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER

IT APPEARING that Plaintiff has filed the above-referenced action on or about January 18, 2011, and that Defendant executed a waiver of service and mailed it to Plaintiff on January 20, 2011, therefore making the deadline to file a responsive pleading March 21, 2011.

IT FURTHER APPEARING that the parties have consented to briefly extend the time period in which Defendant is required to file a responsive pleading, during which time the parties anticipate pursuing further settlement discussions. Upon the consent of the parties and other good cause shown, it is hereby

ORDERED that the Defendant shall have through and including April 4, 2011 to file a responsive pleading in this action.

So Ordered This _____ day of March, 2011.

_____

Prepared and Consented to by:

| **BEDARD LAW GROUP, PC** | **BERRY & ASSOCIATES, P.C.** |
|---|---|
| /s/ John H. Bedard, Jr. | /s/ Ryan Starks |
| John H. Bedard, Jr. | Ryan Starks |
| Georgia Bar No. 043473 | Georgia Bar No. 676512 |
| Jonathan K. Aust | (signed with express permission by John |
| Georgia Bar No. 448584 | H. Bedard, Jr.) |
| 2810 Peachtree Industrial Blvd., Suite D | 2751 Buford Hwy Suite 400 |
| Duluth, Georgia 30097 | Atlanta, Georgia 30324 |
| Telephone: (678) 253-1871, ext. 244 | Telephone: (404) 235-3300 |
| Facsimile: (678) 253-1873 | rstarks@mattberry.com |
| jbedard@bedardlawgroup.com | |
| jaust@bedardlawgroup.com | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |